

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

MAY 2 6 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) <br> vs. ) <br> Juan Gomez ) | Case No. 1:15-CR-00207-DAD-BAM-2 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Juan Gomez _____, have discussed with _____ Ryan Beckwith _____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the HOME DETENTION component of the Location Monitoring Program is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  5/23/17          _____  5/23/17
Signature of Defendant      Date            Pretrial Services Officer Services    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    _____ 5/26/17 _____
Signature of Assistant United States Attorney    Date
Kimberly A. Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    _____ 5-19-17 _____
Signature of Defense Counsel               Date
Anthony Capozzi

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  May 26, 2017
☐ The above modification of conditions of release is *not* ordered.

_____                    _____ 5/26/2017 _____
Signature of Judicial Officer              Date

cc:    U.S. Attorney=s Office, Defense Counsel, Pretrial Services