**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
JUAN ALBERTO GOMEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00207-2 DAD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JUAN ALBERTO GOMEZ, | **Date: July 30, 2018** |
| Defendant. | **Time: 10:00 a.m.** |
| | **Courtroom: 5** |

**TO:  THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

Defendant, JUAN ALBERTO GOMEZ by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kimberly Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on July 30, 2018, at 10:00 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **August 20, 2018, at 10:00 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

   a. The Defendant pled guilty on April 30, 2018.

   b. Due to program restrictions at the Fresno Rescue Mission defense

counsel has not been able to speak with or meet with the Defendant to review the Presentence Investigation Report. Additional time is needed to arrange a meeting with the Defendant.

      c.      Defense counsel has undergone a minor surgery on July 18, 2018, and needs a few days to recover.

      d.      The Government does not object to the continuance.

IT IS SO STIPULATED.

      Respectfully submitted,

DATED: July 18, 2018    By: */s/Anthony P. Capozzi*
      ANTHONY P. CAPOZZI
      Attorney for Defendant JUAN ALBERTO GOMEZ

DATED: July 18, 2018    By: */s/Kimberly A. Sanchez*
      KIMBERLY A. SANCHEZ
      Assistant United States Attorney

## **O R D E R**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for July 30, 2018, is continued until **August 20, 2018,** at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **July 19, 2018**      *Dale A. Drozd*
      UNITED STATES DISTRICT JUDGE