

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
OCT 24 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:15-CR-00207-02-AWI-BAM
Juan Alberto Gomez )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Juan Alberto Gomez_____, have discussed with _____Margarita Zepeda_____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to be placed in the custody of his girlfriend, Nicole Navarro, is removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/19/18    _____  10/18/2018
Signature of Defendant      Date       Signature of Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                 10/22/18
Signature of Assistant U.S. Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 10/24/18
Signature of Defense Counsel             Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective as of 10/24/18.
[ ] The above modification of conditions of release is *not* ordered.

_____                 10/24/18
Judicial Officer Signature               Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services